```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X     NOT FOR PUBLICATION
ALLEN SHAKIM,

                        Plaintiff,                              **MEMORANDUM
                                                                AND ORDER**
        -against-                                               17-CV-05616 (LDH) (LB)

NEW YORK CITY DEPARTMENT OF
CORRECTIONS; TREATMENT FACILITY AT
VERNON C. BAIN CENTER; LONG ISLAND
JEWISH HOSPITAL; NASSAU
POLICE DEPARTMENT, et al.,

                        Defendants.
----------------------------------------------------------X
```

LaShann DeArcy Hall, United States District Judge:

Plaintiff Allen Shakim, currently incarcerated on Rikers Island, commenced this pro se action pursuant to 42 U.S.C. § 1983. By Memorandum and Order dated April 11, 2018 (the "Order"), Plaintiff's application to proceed *in forma pauperis* was granted, the complaint was dismissed, and Plaintiff was afforded thirty (30) days to file an amended complaint. The Order further stated that if Plaintiff failed to file an amended complaint within the time allowed, judgment dismissing this action would enter. Plaintiff has not responded to the Order and the time for doing so has passed.

Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendants and to close this action. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York
      May 30, 2018                                    SO ORDERED:

                                                                                                       /s/LDH
                                                                                    LaShann DeArcy Hall
                                                                                    United States District Judge